**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-02025-LTB-KLM

HENRY J. HUBERT,

    Plaintiff,

v.

OXFORD UNIVERSITY PRESS, INC.,

    Defendant.

---

**ORDER OF DISMISSAL**

---

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss With Prejudice (Doc 7 - filed October 22, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                      BY THE COURT:

                       s/Lewis T. Babcock
                      Lewis T. Babcock, Judge

DATED: October 23, 2008